United States District Court
Southern District of Texas
**ENTERED**
September 29, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **CRISTINA GUZMAN,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:24-CV-00143 |
| § | |
| **COMMISSIONER OF** § | |
| **SOCIAL SECURITY,** § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the September 10, 2025, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Nadia S. Medrano. (Dkt. No. 6). Judge Medrano made findings and conclusions and recommended that this case be **DISMISSED without prejudice** for failure to prosecute. (Dkt. No. 6).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Medrano's M&R, (Dkt. No. 6), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) This case is **DISMISSED for failure to prosecute**.

It is SO ORDERED.

Signed on September 29, 2025.

                                                                                                                   **DREW B. TIPTON**
                                                                                                  **UNITED STATES DISTRICT JUDGE**